# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation<br><br>Plaintiff,<br>v.<br><br>RAGEON, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:15-cv-01265-RSL<br><br>**MOTION FOR WITHDRAWAL AS COUNSEL BY JONATHAN A. SHAPIRO FOR DEFENDANT RAGEON, INC.**<br><br>NOTE ON MOTION CALENDAR: November 6, 2015 |

SHAPIRO MOT. FOR WITHDRAWAL - i
2:15-cv-01265-RSL

NEWMAN DU WORS LLP

2101 Fourth Ave., Suite 1500
Seattle, Washington 98121
(206) 274-2800

1  Jonathan A. Shapiro, who is counsel for Defendant RageOn, Inc. ("RageOn"), seeks
2  leave to withdraw from representation of RageOn. RageOn is still represented by counsel
3  Derek Linke and Leeor Neta of Newman Du Wors LLP.
4  As required by LCR 83.2(b)(1), this motion is being served upon RageOn as well as
5  upon opposing counsel.

Dated: October 27, 2015    Respectfully Submitted,

NEWMAN DU WORS LLP

s/ Derek Linke
Derek Linke, WSBA No. 38314
linke@newmanlaw.com
2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Leeor Neta (appearing *pro hac vice*)
leeor@newmanlaw.com
NEWMAN DU WORS LLP
1900 Powell Street, Sixth Floor
Emeryville, California 94608
Telephone: (415) 944-5422
Facsimile: (415) 944-5423

Attorneys for Defendant RageOn, Inc.

SHAPIRO MOT. FOR WITHDRAWAL - 1
2:15-cv-01265-RSL

NEWMAN DU WORS LLP

2101 Fourth Ave., Suite 1500
Seattle, Washington 98121
(206) 274-2800

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 27th day of October, 2015. Any other counsel of record will be served with a true and correct copy of the foregoing by mail or facsimile.

                          s/ Derek Linke
                          Derek Linke

SHAPIRO MOT. FOR WITHDRAWAL - 2
2:15-cv-01265-RSL

NEWMAN DU WORS LLP

2101 Fourth Ave., Suite 1500
Seattle, Washington 98121
(206) 274-2800