The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAGEON, INC., a Delaware corporation,<br><br>Defendant. | No. 2:15-cv-01265-RSL<br><br>PLAINTIFF'S NON-OPPOSITION TO MOTIONS FOR WITHDRAWAL AS COUSEL |

Plaintiff The Pokémon Company International, Inc. does not oppose the Motions for Withdrawal as Counsel for Defendant RageOn, Inc. filed October 27, 2015 by Jonathan A. Shapiro (Dkt. #24) and Dominique L. Windberg (Dkt. #25).

DATED this 28th day of October, 2015.

Davis Wright Tremaine LLP
Attorneys for Plaintiff The Pokémon Company International, Inc.

By s/Stuart R. Dunwoody
Stuart R. Dunwoody, WSBA #13948
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: 206-757-8034
Fax: 206-757-7034
E-mail: stuartdunwoody@dwt.com

PLAINTIFF'S NON-OPPOSITION TO MOTIONS FOR
WITHDRAWAL OF COUNSEL
(2:15-cv-01265-RSL) - 1
DWT 28207493v1 0087890-000026

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Derek Linke, WSBA #38314<br>Newman Du Wors LLP<br>2101 Fourth Avenue, Suite 1500<br>Seattle, WA 98121<br>Tel: 206-274-2800<br>Fax: 206-274-2801<br>Email: linke@newmanlaw.com | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>__X__ CM/ECF Notification |
| Leeor Neta (Admitted *pro hac vice*)<br>Newman Du Wors LLP<br>1900 Powell Street, Sixth Floor<br>Emeryville, CA 94608<br>Tel: 415-944-5422<br>Fax: 415-944-5423<br>Email: leeor@newmanlaw.com | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>__X__ CM/ECF Notification |
| Jonathan Shapiro (Admitted *pro hac vice*)<br>Dominique Windberg (Admitted *pro hac vice*)<br>Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Tel: 415-432-6000<br>Fax: 415-432-6001<br>Email: jashapiro@mintz.com<br>Email: dlwindberg@mintz.com | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>__X__ CM/ECF Notification |

Attorneys for Defendant RageOn, Inc.

DATED this 28th day of October, 2015.

s/Stuart R. Dunwoody
Stuart R. Dunwoody

PLAINTIFF'S NON-OPPOSITION TO MOTIONS FOR
WITHDRAWAL OF COUNSEL
(2:15-cv-01265-RSL) - 2
DWT 28207493v1 0087890-000026

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax